WILLIAM T. EMMET, as Superintendent of Insurance of the State of New York, Appellant, *v.* WASHINGTON SAVINGS BANK, Respondent, Impleaded with Others.

*Emmet* v. *Washington Sav. Bank*, 174 App. Div. 908, affirmed.
(Submitted January 16, 1917; decided January 30, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 18, 1916, affirming a judgment in favor of · defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action brought by the superintendent of insurance of the state as liquidator of the Title and Guarantee Company of Rochester, N. Y. The respondent Washington Savings Bank is also in liquidation in charge of the superintendent of banks. The action is brought against this respondent and other corporations and their receivers and one Joseph G. Robin to set aside assignments of certain mortgages made to the

respondent upon the ground that such assignments are without consideration and fraudulent as against the rights of the Title and Guarantee Company.

*George M. Mackellar* and *Martin A. Schenck* for appellant.

*Joseph A. Kellogg* and *Wilbert Ward* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK and POUND, JJ.   Not sitting: HOGAN and CARDOZO, JJ.